**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6454**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

CHRISTOPHER ANDARYL WILLS,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of Maryland, at Baltimore. Frederic N. Smalkin, Chief District Judge. (CR-99-52-S, CA-02-119-S)

_____

Submitted: August 28, 2002      Decided: September 25, 2002

_____

Before NIEMEYER and MICHAEL, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Christopher Andaryl Wills, Appellant Pro Se. Thomas Michael DiBiagio, Tarra R. DeShields-Minnis, OFFICE OF THE UNITED STATES ATTORNEY, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Christopher Andaryl Wills seeks to appeal the district court's order denying relief on his motion filed under 28 U.S.C. § 2255 (2000). We have reviewed the record and conclude on the reasoning of the district court that Wills has not made a substantial showing of the denial of a constitutional right. See United States v. Wills, Nos. CR-99-52-S; CA-02-119-S (D. Md. Jan. 14, 2002). Accordingly, we deny Wills' motion for a certificate of appealability and dismiss the appeal. See 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2